**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ORLIN BAQUEDANO CARRASCO**         **CASE NO.  1:26-CV-01042**

**VERSUS**         **JUDGE ROBERT R. SUMMERHAYS**

**BRIAN ACUNA, ET AL.**         **MAGISTRATE JUDGE PEREZ-MONTES**

## ORDER

The Government is ORDERED to respond to "Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction" [ECF No. 9] on or before Friday, May 22, 2026.

THUS DONE in Chambers on this 13th day of May, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE