a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ORLIN BAQUEDANO CARRASCO, Petitioner | CIVIL DOCKET NO. 1:26-CV-01042 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| BRIAN ACUNA ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Petitioner Orlin Baquedano-Carrasco ("Baquedano-Carrasco"). Carrasco is an immigration detainee at Winn Correctional Center in Winnfield, Louisiana.

Baquedano-Carrasco principally alleges that the Government lacks statutory authority to detain him under 8 U.S.C. § 1225(b)(2) because the Oakdale Immigration Court terminated an immigration proceeding initiated by a March 2026 Notice to Appear, while the original immigration proceeding before the Charlotte Immigration Court remained administratively closed. ECF No. 1. Baquedano-Carrasco therefore maintains that no active removal proceeding or charging document authorizes his continued detention.

In an Order denying preliminary injunctive relief, the Court noted concerns regarding whether Baquedano-Carrasco was subject to active removal proceedings

authorizing detention under § 1225(b)(2), because the Charlotte proceeding had been administratively closed and the record did not establish that the Charlotte Immigration Court had received DHS's motion to recalendar. ECF No. 17 at 1-2. The Court did not resolve that issue on the merits. Instead, it denied preliminary relief because Baquedano-Carrasco sought the same relief requested in his habeas petition. *Id.* at 2.

The Government supplemented the record with evidence establishing that, on June 26, 2026, the Charlotte immigration judge granted DHS's motion to recalendar the original removal proceeding and granted DHS's motion to transfer venue to the Oakdale Immigration Court. ECF No. 25 at 1; ECF Nos. 25-1, 25-2. The Executive Office for Immigration Review's ("EOIR") automated case information indicates that Baquedano-Carrasco's removal proceeding is pending before the Oakdale Immigration Court, and a master hearing is scheduled for September 10, 2026. ECF No. 25-3; https://acis.eoir.justice.gov/en/caseInformation. This development appears to undermine the factual basis of the Petition, and raises the question whether Baquedano-Carrasco's claims are now moot.

Accordingly, IT IS ORDERED that, within 14 days of this Order, Baquedano-Carrasco file a supplemental memorandum addressing:

1. whether the June 26, 2026 order recalendaring the original removal proceeding and transferring venue to Oakdale renders any or all of his claims moot; and

2. if Baquedano-Carrasco maintains that a live controversy remains, the precise statutory or constitutional claim remaining.

Respondents may file a response within 14 days after Baquedano-Carrasco files his supplemental memorandum.

SIGNED on Wednesday, August 26, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE